IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CLIFTON JEROME McDANIEL,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**S. HUBBARD, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:07-CV-1189 LEW JFM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

The Court, having considered Defendants' request for an extension of time to file a responsive pleading, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted an extension of time, to and including October 27, 2007, to complete and file Defendant's responsive pleading.

DATED: October 9, 2007.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/mcda1189.eot

[Proposed] Order

1