IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,                      No. CIV S-07-1189 LEW JFM P

    vs.

S. HUBBARD, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 28, 2007, plaintiff filed a motion for default judgment and/or request to enter default by the clerk, claiming defendants did not timely answer the amended complaint and obtained plaintiff's medical and psychiatric reports without a formal discovery request in violation of Fed. R. Civ. P. 26(a)(1)(E)(iii).

        Entry of default is appropriate only where the defendant has been properly served and fails to timely file a responsive pleading. On October 31, 2007, the court granted defendants a ten day extension of time in which to file a responsive pleading. On November 7, 2007, defendants filed an answer. Because the answer was timely filed under Fed. R. Civ. P. 6, entry of default or default judgment is inappropriate. In addition, it is inappropriate to sanction defendants for obtaining plaintiff's medical and psychiatric records. Plaintiff's claim to doctor/patient privilege is waived by placing his medical and psychiatric conditions at issue in

1

the instant action.  See <u>Barton v. United States District Court, Central Dist., Cal.</u>, 410 F.3d 1104, 1108 (9th Cir. 2005).  Plaintiff's request for sanctions is also inappropriate.

Accordingly, IT IS HEREBY ORDERED that plaintiff's November 28, 2007 motion is denied.

DATED:  December 18, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1/mcda1189.def