IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CLIFTON JEROME McDANIEL,** | 2:07-CV-1189 LEW JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **S. HUBBARD, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' request for an extension of time to serve responses to Plaintiff's first request for production of documents, and Defendant Carson's responses to Plaintiff's first set of interrogatories, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendant shall be granted, an extension of time, to and including March 16, 2008, to serve responses to Plaintiff's first request for production of documents, and Defendant Carson's responses to Plaintiff's first set of interrogatories.

Dated: February 22, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;mcdan1189.eot2

1