IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,                   No. 2:07cv1189-JAM-JFM (PC)

    vs.

S. HUBBARD, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

        On July 14, 2008, plaintiff filed a motion for leave to file a second amended complaint. Plaintiff's motion was not, however, accompanied by a proposed second amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed second amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.[1]

---

[1] If plaintiff decides to file a motion for leave to file a second amended complaint, plaintiff may reallege his claims against defendants Carson, Cobbs, Swan, Cueva and Hall, but should omit his claims against defendants Hightman, Appleberry, McKenzie and Warden Hubbard pursuant to this court's July 5, 2007 and October 31, 2007 orders.

1

As noted in this court's June 27, 2008 order, plaintiff did not include any allegations concerning the lack of a policy or procedure for protecting inmates taking anti-psychotic medications who are also exposed to high temperatures.  Also, it is unclear on the present record whether plaintiff exhausted his administrative remedies with regard to such a claim prior to filing the instant action.  As noted in this court's July 5, 2007 and October 31, 2007 orders, plaintiff is required to exhaust his administrative remedies prior to filing a federal action.  Plaintiff's July 14, 2008 request for reconsideration of the June 27, 2008 order will, therefore, be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 14, 2008 motion for leave to amend is denied without prejudice; and

2. Plaintiff's July 14, 2008 motion for reconsideration is denied.

DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;mcdan1189.mta