IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,               No. 2:07-cv-1189 JAM JFM (PC)

vs.

S. HUBBARD, et al.,

    Defendants.          <u>ORDER</u>

_____/

        On June 26, 2008, the Magistrate Judge issued an order denying plaintiff's motion to compel discovery. On July 30, 2008, plaintiff filed a request for reconsideration of that order. Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." E.D. Local Rule 72-303(b). Plaintiff's request for reconsideration of the magistrate judge's order of June 26, 2008 is therefore untimely.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's July 30, 2008 request for reconsideration is denied.

DATED: 9/30/2008

                                      /s/ John A. Mendez
                                      UNITED STATES DISTRICT JUDGE

/mcda1189.851