IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

      Plaintiff,                    No. 2:07-cv-1189 JAM JFM (PC)

   vs.

S. HUBBARD, et al.,

      Defendants.              <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On July 21, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 23, 2008, plaintiff filed a document styled "Reply to Defendants' Opposition to Plaintiff's Motion for a T.R.O. and/or Preliminary Injunction." (<u>Id.</u>) The court construes this filing as objections to the findings and recommendations.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3           Accordingly, IT IS HEREBY ORDERED that:
4           1.  The findings and recommendations filed July 21, 2008, are adopted in full; and
5           2.  Plaintiff's June 9, 2008 motion for temporary restraining order and/or for
6  preliminary injunction is denied.

8  DATED: October 6, 2008

                                            /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            UNITED STATES DISTRICT JUDGE

11  /mcda1189.805