IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,     No. 2:07cv1189-JAM-JFM (PC)

  vs.

S. HUBBARD, et al.,

    Defendants.     ORDER
_____/

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.

      On July 30, 2008, plaintiff renewed his motion for leave to file a second amended complaint. Plaintiff again failed to provide a proposed second amended complaint. See July 21, 2008 Order. In addition, plaintiff seeks leave to add a new claim and new defendants; as defendants note, plaintiff did not exhaust his administrative remedies with regard to that new claim. (Opp'n at 4.) Moreover, the 1991 deaths of inmates at CMF are not relevant to plaintiff's claims, and allowing plaintiff to amend at this late date, after discovery and pretrial motions filing deadlines have run would unduly delay this action. Plaintiff's motion for leave to amend must therefore be denied.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 30, 2008 motion for leave to amend [docket no. 48] is denied.

2. Plaintiff's pretrial statement is due November 14, 2008.  (<u>See</u> February 25, 2008 Revised Scheduling Order.)

DATED:  November 3, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001;mcdan1189.mta