IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

      Plaintiff,                     No. CIV S-07-1189 LEW JFM P

     vs.

S. HUBBARD, et al.,

      Defendants.               <u>ORDER</u>

_____/

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. In defendants' pretrial statement, defendants contend plaintiff failed to file a pretrial statement and request the court order plaintiff to file a pretrial statement that complies with Local Rule 16-281 and allow defendants an opportunity to file an amended pretrial statement.

         On November 13, 2008, plaintiff filed a document entitled "Plaintiff's Notice of Court Ordered Trial Brief," and a motion for attendance of incarcerated witnesses who refuse to testify voluntarily. The trial brief contains plaintiff's statement of facts and points of law, but does not contain the pertinent parts of the pretrial statement as required by Local Rule 16-281. Plaintiff will be directed to file a pretrial statement that complies with Local Rule 16-281, but need only provide those portions not provided in his November 13, 2008 filing. Plaintiff is

1

cautioned that failure to comply with this order will result in a recommendation that this action be dismissed. Plaintiff need not renew his motion for attendance of witnesses; the court will address plaintiff's pending motion in the pretrial order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty days from the date of this order, plaintiff shall file a pretrial statement that complies with Local Rule 16-281.

2. The Clerk of the Court is directed to send plaintiff a copy of Local Rule 16-281.

3. Within ten days from the date plaintiff files his pretrial statement, defendants shall file an amended pretrial statement.

4. Pretrial conference (as described in Local Rule 16-282) is reset in this case for March 9, 2009, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

DATED: February 3, 2009.

UNITED STATES MAGISTRATE JUDGE

/001:mcda1189.fpts