IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,               No. 2:07-cv-1189 JAM JFM (PC)

    vs.

S. HUBBARD, et al.,

    Defendants.           <u>ORDER</u>

                           /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 27, 2009, defendants filed a request for extension of time to file an amended pretrial statement. Good cause having been shown, IT IS HEREBY ORDERED that:

        1. Defendants' February 27, 2009 request for extension of time to file an amended pretrial statement is partially granted.

        2. Defendants shall have an extension of time to and including April 4, 2009, to file an amended pretrial statement. No further extensions of time will be granted.

DATED: March 4, 2009.

                                                         UNITED STATES MAGISTRATE JUDGE

001/mcda1189.ext