IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,                       No. CIV S-07-1189 JAM JFM (PC)

    vs.

S. HUBBARD, et al.,

    Defendants.                  <u>ORDER</u>

                                   /

        On July 29, 2011, a pretrial order issued in this matter setting a trial date of January 30, 2012 before the Honorable John A. Mendez. On September 26, 2011, defendants filed a motion for clarification of the order. Specifically, defendants inquire as to the status of a trial confirmation hearing, which was not set in the pretrial order. Defendants are informed that a trial confirmation hearing will not be scheduled in this matter. However, the parties shall exchange copies of exhibits on or before December 15, 2011. As directed in the July 29, 2011 pretrial order, each party will file any objections to exhibits ten days before trial.

DATED: October 11, 2011.

                                          UNITED STATES MAGISTRATE JUDGE

/014;mcda1189.jo