IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,                  No. CIV S-07-1189 JAM JFM (PC)

  vs.

S. HUBBARD, et al.,

    Defendants.         ORDER

_____/

       In his May 17, 2011 amended pretrial statement, plaintiff identified three inmate witnesses whom he intended to call at the January 30, 2012 trial before the Honorable John A. Mendez: Inmates Calloway, Coderre and Shundray Alston. By order dated March 28, 2011, plaintiff was informed of the proper procedure by which to obtain the attendance of incarcerated witnesses. Plaintiff has not followed those procedures. Specifically, he has not shown that the prospective witnesses are willing to attend and/or have actual knowledge of relevant facts.

       Accordingly, these undersigned will not order the attendance of these incarcerated witnesses.

DATED: January 25, 2012.

                                    UNITED STATES MAGISTRATE JUDGE

014;mcda1189.jo(2)